IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| VICTORIA PORT POWER LLC | § § § | Case No. 21-32157 |
| Debtor. | § § § | |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and (a)(3), Agilon Energy Holdings II LLC is the 100% owner of Victoria Port Power LLC.

Agilon Energy Holdings II LLC
5850 San Felipe, Ste 601
Houston, TX 77057

Dated: June 27, 2021

Respectfully submitted,

*/s/ Simon R. Mayer*
Elizabeth M. Guffy
Texas Bar No. 08592525
Simon R. Mayer
Texas Bar No. 24060243
**LOCKE LORD LLP**
600 Travis St., Suite 2800
Houston, TX 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717
eguffy@lockelord.com
simon.mayer@lockelord.com

*Proposed Attorneys for*
*Victoria Port Power LLC*

1